**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| SOUTHERN BAPTIST HOSPITAL OF FLORIDA, INC. d/b/a BAPTIST MEDICAL CENTER and d/b/a WOLFSON CHILDREN'S HOSPITAL and d/b/a BAPTIST MEDICAL CENTER SOUTH and d/b/a BAPTIST NORTH and d/b/a BAPTIST TOWN CENTER and  BAPTIST MEDICAL CENTER OF THE BEACHES, INC. d/b/a BAPTIST MEDICAL CENTER BEACHES AND BAPTIST MEDICAL CENTER OF NASSAU, INC. d/b/a BAPTIST MEDICAL CENTER NASSAU and BAPTIST MEDICAL CENTER CLAY, INC., d/b/a BAPTIST MEDICAL CENTER CLAY,<br><br>    Plaintiff,<br><br>    -v-<br><br>CELTIC INSURANCE COMPANY, D/B/A AMBETTER FROM SUNSHINE HEALTH,<br><br>    Defendant. | CASE NO. 3:17-cv-01214-MMH-JBT |

**JOINT STATUS REPORT AND FOR MOTION FOR STAY**

Pursuant to Local Rule 3.08(a) and Paragraph 1 of the Second Amended Case Management and Scheduling Order (Doc No. 42),  the parties are pleased to advise the Court that they have agreed in principle to terms to resolve the above-captioned matter.  The parties are working to memorialize these terms in a formal agreement.

To avoid the unnecessary expenditure of additional fees and costs for discovery and experts while the agreement is being formalized, the parties hereby request that the Court stay compliance with all pre-trial deadlines and all proceedings in this matter for thirty (30) days.

The parties respectfully submit that the pending resolution of this matter constitutes good cause for this requested stay.

Dated: November 6, 2018

        Respectfully submitted,

        */s/ Alan M. Fisher*
        Alan M. Fisher
        Florida bar No. 237396
        818 A1A North, Suite 303
        Ponte Vedra Beach, FL  32082
        Telephone: 904-285-0070
        Facsimile: 904-245-1945
        amfplegal@aol.com

        ATTORNEY FOR PLAINTIFF

        */s/ Chris Flynn*
        Chris Flynn (admitted *pro hac vice*)
        Michael W. Lieberman (admitted *pro hac vice*)
        Crowell & Moring LLP
        1001 Pennsylvania Ave., NW
        Washington, DC  20004
        Telephone: 202-624-2500
        Facsímile: 202-628-5116
        CFlynn@crowell.com
        MLieberman@crowell.com

        Michael J. Glazer
        Florida Bar No. 0286508
        Erik M. Figlio
        Florida Bar No.: 745251
        Ausley McMullen
        Post Office Box 391
        123 South Calhoun Street
        Tallahassee, Florida 32302
        Telephone: 850-224-9115
        mglazer@ausley.com
        rfiglio@ausley.com

        ATTORNEYS FOR DEFENDANT